UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CHAPTER 7
John Anthony Skumanich :
: CASE NO.: 5:19-bk-02266-RNO
Debtor :

PRAECIPE TO CHANGE DEBTOR'S MAILING ADDRESS

TO THE CLERK OF BANKRUPTCY COURT:

Please change the mailing address of record for Debtor, John Anthony Skumanich, to PO Box 1036, Defiance, Ohio 43512.

Date: 08/11/2019        /s/ Jason P. Provinzano, Esquire
                        Law Offices of Jason P. Provinzano, LLC
                        By: Jason P. Provinzano, Esquire
                        16 W. Northampton Street
                        Wilkes-Barre, PA 18701
                        Attorney ID: 306451
                        P: 570-822-5771
                        F: 570-908-6664
                        Email: MyLawyer@JPPLaw.com