```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02266-RNO
John Anthony Skumanich                                              Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0314-5         User: TWilson           Page 1 of 1         Date Rcvd: Aug 14, 2019
                             Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.
db       +John Anthony Skumanich,   PO Box 1036,   Defiance, OH 43512-1036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:
      Atlas Acquisitions LLC    bk@atlasacq.com
      James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
      Jason Paul Provinzano    on behalf of Debtor 1 John Anthony Skumanich MyLawyer@JPPLaw.com,
       G17727@notify.cincompass.com
      Mark J. Conway (Trustee)    PA40@ecfcbis.com,
       mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Anthony Skumanich aka John A. Skumanich aka John Skumanich <br> Debtor(s) | CHAPTER 7 |
| Toyota Lease Trust <br> Movant <br> vs. | NO. 19-02266 RNO |
| John Anthony Skumanich aka John A. Skumanich aka John Skumanich <br> Debtor(s) | 11 U.S.C. Section 362 |
| Mark J. Conway <br> Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant, Toyota Lease Trust, the court reviewed the file herein and after notice and opportunity for a hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Toyota Rav4, VIN: JTMRJREV7HD123618 in a commercially reasonable manner.

Dated: August 14, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)